*Miller, Peery,* and *Bayard* for plaintiff. *Wilson, Ridgely,* and *Fisher* for defendant.

### STATE v. EMERY.[2]

Court of Quarter Sessions. Kent. November, 1796.

*Bayard's Notebook, 166.*[*]

---

[1] Blank in manuscript.

[2] In the account of this case in *Rodney's Notes* the name is spelled "Emory."

[*] This case is also reported in *Rodney's Notes,* Dec. 1, 1796.

PER CURIAM. This is an indictment for an assault and battery. The party on whom the assault and battery was committed is for the convenience of public justice admitted as a witness. It appears from what he says no third person was present upon the occasion of the assault and battery but the witness now offered, and we therefore conceive that justice requires that the witness should be admitted.

Witness admitted.